Julian Frankiewicz, appellee, v. National Council of Knights and Ladies of Security,. appellant. Gen. No. 26,080.

Action by the beneficiary on an insurance certificate. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. Harry C. Moran, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed with finding of facts. Opinion filed October 4, 1921.

A. W. Fulton and John V. McCormick, for appellant. Lynn & Hallam, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

C. E. Phillips, appellee, v. Edward I. Bloom, appellant. Gen. No. 26,089.

Action for damages for loss of and injury to furniture stored by defendant. Verdict and judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Howard W. Hayes, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed October 4, 1921.

Adams, Childs, Bobb & Wescott, for appellant; B. F. Richolson, of counsel. T. F. Laramie, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

Hubbard Woods Motor Car Company, appellant, v. H. S. Coffin, appellee. Gen. No. 26,098.

Replevin of an automobile by a garage keeper in a suit in justice's court. Judgment for possession and for damages. On trial de novo in circuit court, the automobile having been returned to defendant, suit was dismissed for want of jurisdiction. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed and judgment here. Opinion filed October 4, 1921.

Gilbert F. Wagner, for appellant. Max Krauss and Robert G. Dreffein, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

Clara Naters, appellee, v. Eliza J. Jenkinson, appellant. Gen. No. 26,107.

Trover for conversion of furniture, household effects and wearing apparel. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. J. H. Ragsdale, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed and remanded. Opinion filed October 4, 1921. Rehearing denied October 17, 1921.

Granville W. Browning and Frederick W. Proudfoot, for appellant. Henry W. Leman, for appellee; Frank H. Culver, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.